Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Monique Whittaker

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| MONIQUE WHITTAKER<br><br>              Plaintiff,<br><br>  v.<br><br>TD BANK USA, N.A.<br><br>              Defendant. | Case No.: 2:20-cv-00751-DMG-MRW<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT TD BANK USA, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    **PLEASE TAKE NOTICE THAT** plaintiff Monique Whittaker and defendant TD Bank USA, N.A. have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of TD Bank USA, N.A. within 30 days once the settlement is finalized.

                                              **Gale, Angelo, Johnson, & Pruett, P.C.**

Dated:     March 23, 2020          /s/ *Joe Angelo*
                                                    Joe Angelo
                                                    Attorney for Plaintiff